UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SUSAN E. PRAMUK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRY HIESTAND, ) <br> PATRICK PRAMUK, CHERYL L. ) <br> MONTALBANO RAHMANY, THE ) <br> FOOD PANTRY, PORTER COUNTY ) <br> SUPERIOR COURT, TILTON & TILTON ) <br> ) <br> ) <br> Defendants. ) | CAUSE NO. 3:16-CV-572 |

**OPINION AND ORDER**

On August 26, 2016, Susan E. Pramuk filed a complaint against various defendants in this Court but failed to pay the filing fee or seek leave to proceed without prepayment of the filing fee. Pramuk may not proceed with her complaint unless she files the $400 fee, *see* 28 U.S.C. § 1914 and the *District Court Miscellaneous Fee Schedule*, or is excused by the Court from paying such fee as set out in 28 U.S.C. § 1915.

Mindful of her pro se status, the Court grants Ms. Pramuk until October 14, 2016, to either pay the filing fee or to petition the Court to proceed without the prepayment of such fee. Failure to abide by this order will result in dismissal of this case without further notice. The CLERK is DIRECTED to mail, along with this Order, the court's pre-printed form to request in forma pauperis status.

**SO ORDERED. This 14th day of September, 2016.**

                                                      s/ William C. Lee
                                                      United States District Court